UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

ANDELL HECTOR,                                          :          26-cv-886 (SHS)

                              Plaintiff,                :          <u>ORDER</u>

                    -against-
                                                        :

188 TRIBECA, LLC, d/b/a Nili Lotan, and
NILI LOTAN, INC.                                        :

                              Defendants.               :

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

        This action having been referred to the Court's Mediation Program [Doc. No. 17],

        IT IS HEREBY ORDERED that the initial pretrial conference previously scheduled to
take place remotely on April 16, 2026, is adjourned *sine die* pending the conclusion of the
Mediation Program.


Dated: New York, New York
        April 9, 2026

                                            SO ORDERED:

                                            _____
                                            Sidney H. Stein, U.S.D.J.