UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

| | | |
|---|---|---|
| ANDELL HECTOR, | : | 26-cv-886 (SHS) |
| Plaintiff, | : | ORDER |
| -against- | | |
| | : | |
| 188 TRIBECA, LLC, d/b/a Nili Lotan, and NILI LOTAN, INC. | : | |
| Defendants. | : | |

---------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

The Final Report of Mediator having been filed on September 15, 2026 [ECF Entry 23], notifying the Court that the Court-ordered mediation was held but was unsuccessful in resolving any issue in the case,

IT IS HEREBY ORDERED that:

1. The parties shall submit a revised "Case Management Plan and Scheduling Order," having in mind the extensive discovery that has already taken place, and

2. There will be a status conference on Wednesday, November 4, 2026, at 11:45 a.m. via MS Teams. The MS Teams link will be emailed to the parties.

Dated: New York, New York
October 14, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.