UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

ANDELL HECTOR, : 26-cv-886 (SHS)

Plaintiff, : ORDER

-against-

: 

188 TRIBECA, LLC, d/b/a Nili Lotan,

: 

Defendant.

---------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

A pretrial conference having been held today via telephone, with counsel for all parties present,

IT IS HEREBY ORDERED that:

1. The last day for the completion of fact and expert discovery is December 31, 2026; and

2. There will be a status conference on January 8, 2027, at 11:00 a.m.

Dated: New York, New York
November 4, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.